39286. Harlan J. VanScyoc, Admr., appellant v. Guy Roth et al., Members of Bd. of County Commrs., appellees. Monroe County. Dismissed by agreement of parties.

39299 and 39300. George William Pettis, Admr., appellant v. Howard Woods, Exr., appellee. Clermont County. To dismiss motions to certify records. Overruled.

39311. Edmund J. Kricker et al., appellees v. City of Portsmouth, appellant. Scioto County. To dismiss appeal as of right. Sustained. To certify record. Overruled.